| Date | Pleading Number | |
|---|---|---|
| 8/12/74 | 1. | MOTION -- Plaintiff Bernard Krumholz for transfer of five S.D.N.Y. actions and one each in New Jersey, E.D. Michigan and C.D. California w/supporting brief, appendix and certificate of service, or alternatively a SCO by the Panel. REQUESTED TRANSFEREE FORUM: C.D. California |
| 8/22/74 | | ORDER STAYING PROCEEDINGS -- Proceedings stayed pending full complaince of movant with requirements in Rule 5(a). No respnses due until further order of Panel. Notified all involved persons. |
| 9/3/74 | 2. | SUPPLEMENTARY MOTION -- Plaintiff Krumholz supplementing motion by adding single cases pending in C.D. California (B-1) and D. Delaware (B-2) and attaching service affidavit for original motion and supplementary motion on all parties. Letter attached transmitting copy of motion to Clerk, S.D. New York. |
| 9/3/74 | 3. | EXT. OF TIME REQUESTED -- by defendant Smith, Barney & Co., Inc., to & incl. 9/23/74. |
| 9/3/74 | 4. | EXT. OF TIME REQUESTED -- by defs. Joe D. Bain, Stanley Beyer, Burton Borman, Donald R. Hodder, Alfred Schaeffer, Daniel J. DiSipio, G. Phillip Streatfield, and Pennsylvania Life Company to & incl. 9/23/74 |
| 9/4/74 | | ORDER LIFTING STAY AND EXTENDING RESPONSE TIME -- Notified counsel that Movant had complied with Rule 5(a) and responses to motion are due on Sep. 23, 1974 reply briefs due Sep. 30, 1974 |
| 9/4/74 | 5 | RESPONSE- Pltf. Fields Averments, Brief and Affidavit in support of w/cert. of service, also motion to add action entitled Meyer D. Rich, et al. v. Penna. Life Co., et al., C.D. Calif, Civil Action No. CV-74-2212-R |
| 9/20/74 | 6 | RESPONSE -- Irene Janeczko, Edward C. Tompkins and Leonard Kaufer w/cert of service |
| 9/20/74 | 7 | REQUEST FOR EXTENSION OF TIME -- EDWARD R. LEHMAN- Granted to 9/30/74 |
| 9/23/74 | 8 | RESPONSE -- SMITH, BARNEY, INC. w/cert of service |
| 9/23/74 | 9 | RESPONSE -- HARRY M. BARDT -- w/cert of service |
| 9/23/74 | 10 | RESPONSE -- PENNA. LIFE CO., JOE D. BAIN, STANLEY BEYER, BURTON BORMAN, DONALD R. HODDER, ALFRED SCHAEFFER, DANIEL J. DISIPIO AND G. PHILLIP STREATFEILD w/cert. of service |
| 9/23/74 | 11 | RESPONSE-- MEYER D. RICH -- w/cert of service |
| 9/23/74 | 12 | RESPONSE -- MAURICE PAPRIN AND NATHAN NEWMAN -- w/cert. of service |
| 9/23/74 | 13 | RESPONSE - COOPERS & LYBRAND w/cert of service |
| 9/25/74 | 14 | RESPONSE - BENESCH, FRIEDLANDER, MENDELSON & COPLAN, ROBERT COPLAN w/cert of service |
| 9/25/74 | 15 | RESPONSE - DONALD BENYAS, WILLIAM LICHTIG, SHELDON PEVEN, PHILLIP L. KANTER, FLORENCE KANTR, GERALD A. KANTER AND L. W. FRIEDMAN (Plaintiffs) w/copy of complaint, and cert of service |
| 9/27/74 | 12a | SUPPLEMENTAL PAGE NO. 5 for brief no. 12. |
| 9/30/74 | 16 | RESPONSE -- EDWARD R. LEHMAN -- w/cert. of service |
| 10/17/74 | | MORRIS STARK, ET UX V. PENNSYLVANIA LIFE CO., ET AL. C.D. Calif. CV74-2623 -- Show Cause Order entered today. Notified counsel, involved judge. |
| 10/30/74 | | HEARING ORDER -- Setting A-1 through C-1 for hearing, November 22, 1974 Washington, D. C. |

*See Page No. 2*

| Date | Pleading Number | |
|---|---|---|
| 2/13/75 | | CONSENT OF CHIEF JUDGE STEPHENS for Judge Real to handle litigation in the C.D. Calif. for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. 1407 |
| 2/13/75 | | OPINION AND ORDER transferring A-1, A-2, A-3, A-4, A-5, A-6, A-8, B-1, B-2 and C-1 to the Central District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407 for assignment to Judge Manuel L. Real. The Opinion and Order denies transfer in A-7, Benyas, et al. v. Penna. Life Co. and Penn General Agencies, E.D. Michigan, 4-71318 |
| 2/24/77 | 17 | D-2 DARPEL, ET AL. V. PENNA. LIFE INS. CO., ET AL., E.D.MO., 77-116C(1) MOTION, BRIEF, Pennsylvania Life Co. to transfer action to Central District of Calif. under 28 U.S.C. §1407 |
| 3/2/77 | | ORDER TO SHOW CAUSE -- Joseph F. Darpel, et al v. Pennsylvania Life Ins. Co., et al. E.D. MO., C.A No. 77-116C(1) -- Filed today. Notified Counsel. |
| 3/2/77 | | D-1 DAVID J. LEVITT, ET AL. V. PENNSYLVANIA LIFE CO., ET AL., E.D.PA. C.A. No. 77-142 -- ORDER TO SHOW CAUSE FILED TODAY. Notified Counsel, involved judges |
| 3/17/77 | 18 | D-1 LEVITT, ET AL. V. PENNA. LIFE CO., ET AL. E.D. PA., 77-142 RESPONSE -- PLAINTIFF Levitt w/cert. of service |
| 3/17/77 | 19 | D-1 LEVITT, ET AL. V. PENNA. LIFE CO., ET AL. E.D.PA., 77-142 RESPONSE -- Pennsylvania Life Co. w/cert. of service |
| 3/17/77 | 20 | D-1 LEVITT, ET AL. V. PENNA. LIFE CO., ET AL. E.D. PA., 77-142 RESPONSE -- Coopers & Lybrand w/cert. of Service |
| 3/28/77 | | HEARING ORDER -- Setting D-1 Levitt et al. v. Penna. Life Co., et al., E.D. Pa., C.A. No. 77-142 and Darpel, et al. v. Penna. Life Co., et al. E.D.MO, 77-116C(1) for hearing -- April 22, 1977 Los Angeles, Calif. |
| 4/18/77 | 21 | A-1 Philip L. Axt, et al. v. Penna. Life Co., et al., C.D.Cal. C.A. No. 75-693-R<br>A-4 Leonard Kaufer v. Penna. Life Co., et al., C.D.Cal. C.A. No. 75-696-R<br>XYZ-3 Walter J. Bellomo v. Penna. Life Co., et al., C.D.Cal C.A. No. CV76-390-R<br>A-6 Penna. Life Co. v. International Equities, Ltd., C.D.Cal. C.A. No. 75-698-R<br>MOTION, BRIEF, CERTIFICATE OF SERVICE, EXHIBIT A, B, & C For remand of the above actions -- Plaintiffs Axt, Kaufer and Bellomo and defendants International Equities Ltd.,et al. |
| 4/19/77 | | WAIVER OF ORAL ARGUMENT -- Coopers & Lybrand for 4/22/77 hearing in Los Angeles, California |
| 4/21/77 | | WAIVER OF ORAL ARGUMENT -- Plaintiffs' David J. Levitt, et al. for 4/22/77 hearing in Los Angeles, California |
| 4/29/77 | | REQUEST FOR EXTENSION OF TIME -- Individual Defendants -- GRANTED TO ALL MAY 20,1977 |
| 5/2/77 | 22 | RESPONSE TO MOTION FOR REMAND -- Plaintiffs Fields, et al. w/cert. of svc. |
| 5/3/77 | | REQUEST FOR EXTENSION OF TIME -- BENESCH, FRIEDLANDER, MENDELSON & COPLAND -- Previously Granted to all -- |
| 5/5/77 | | D-2 DARPEL V. PENNA. LIFE INS. CO., E.D.MO., 77-116C-(1) ORDER transferring action to C.D. Calif. for assignment to J. Real' under 28 U.S.C. §1407 |
| 5/19/77 | 23 | Response to motion to remand -- Glenwood Securities, Joseph Bain, Stanley Beyer, Burton Borman, Daniel J. Disipio, G. Philip Streatfeild and Benesch, Friedlander, Mendelson & Coplan and Robert C. Coplan, w/cert. of service. |
| 5/23/77 | 24 | RESPONSE TO MOTION TO REMAND -- Smith, Barney & Co., Inc. w/service |

JPML FORM 1A - Continuation　　　　　　　DOCKET ENTRIES -- p. 2A

DOCKET NO. 183 -- IN RE PENNSYLVANIA LIFE COMPANY SECURITIES LITIGATION

| Date | No. Code | |
|---|---|---|
| 5/25/77 | | REQUEST FOR EXTENSION OF TIME TO FILE REPLY -- Movants Axt, Kaufer Bellomo and International Equities, Ltd. -- GRANTED TO JUNE 1, 1977 |
| 5/31/77 | 25 | REPLY -- MOVANTS FOR REMAND w/cert. of service |
| 6/1/77 | | HEARING ORDER -- Setting A-1, A-4, XYZ-3 and A-6 motion for remand for hearing -- June 24, 1977, Washington, D.C. |
| 6/23/77 | 26 | ADDENDUM TO RESPONSE OF PENNSYLVANIA LIFE CO., ET AL. -- Liaison Counsel for the Defendants |
| 6/29/77 | | A-1 Philip L. Axt, et al. v. Penna. Life Co., et al., C.D. Cal., C.A. No. 75-693-R |
| | | A-4 Leonard Kaufer v. Penna. Life Co., et al., C.D. Cal. C.A. No. 75-696-R |
| | | XYZ-3 Walter J. Bellomo v. Penna. Life Co., et al., C.D. Cal. C.A. No. CV76-390-R |
| | | A-6 Penna. Life Co. v. International Equities, Ltd., C.D. Cal. C.A. No. 75-698-R |
| | | ORDER -- DENYING REMAND -- NOTIFIED TRANSFEREE CLERK, JUDGE, AND INVOLVED COUNSEL |
| 8/31/77 | | OPINION AND ORDER filed today transferring D-1 David J. Levitt, et al. v. Pennsylvania Life Co., et al., E.D.PA., C.A.#77-142 to the Central District of California. |

Description of Litigation

## IN RE PENNSYLVANIA LIFE COMPANY SECURITIES LITIGATION

Summary of Panel Action

Date(s) of Hearing(s): 11/22/75
Date(s) of Opinion(s) or Order(s): 2/13/75
Consolidation Ordered: ✓
Consolidation Denied: ___
Name of Transferee Judge: Manuel L. Real
Transferee District: C.D. Calif.

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 ✓ | Philip L. Axt, et al ~~Irene Janeczko~~ v. Pennsylvania Life Company, et al. | S.D.N.Y. Motley | 73 Civ. 2491 | 2/13/75 | 75-693-R | 4/25/80 D | Pltf. Krumhol Mot. 8/12/74 |
| A-2 | Maurice Paprin v. Pennsylvania Life Company, et al. | S.D.N.Y. Stewart | 74 Civ. 2581 | 2/13/75 | 75-694-R | 3/30/77 | " " |
| A-3 | Bernard Krumholz v. Smith, Barney & Co., Inc., et al. | S.D.N.Y. Motley | 74 Civ. 2930 | 2/13/75 | 75-695-R | 5/22/80 D | " " |
| A-4 ✓ | Leonard Kaufer v. Pennsylvania Life Company, et al. | S.D.N.Y. Motley | 74 Civ. 3051 | 2/13/75 | 75-696-R | 2/21/80 D | " " |
| A-5 | Maurice Paprin v. Pennsylvania Life Company, et al. (*) | S.D.N.Y. Stewart | 74 Civ. 3178 | 2/13/75 | 75-697-R | 7/30/75 | " " |

(*) Originally filed in C.D.Cal. as CV 74-1676-IH & tr'd by consent of parties

DOCKET NO. 183  (CONTINUED)

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-6 | Pennsylvania Life Company v. International Equities, Ltd., et al. | N.J. Lacey | 788-73 | 2/13/75 | 75-698-R | 7/2/80 D | Pltf.Krumholz Mot. - 8/12/74 |
| A-7 | David Benyas, et al. v. Pennsylvania Life Company and Penn General Agencies | E.D.Mich Keith | 4-71318 | DENIED | | | " " |
| A-8 ✓ | Michael C. Fields, et al v. Pennsylvania Life Company, et al. ~~Dismissed~~ | C.D.Cal Hauk | CV-74-950-AAH | NT | | 2/6/78 | " " |
| B-1 | Meyer D. Rich v. Pennsylvania Life Company, et al. | C.D.Cal. Real | 74-2212-R | NT | | 3/30/77 | Pltf.Krumholz Supp.Mot.-9/3 |
| B-2 | Edward R. Lehman v. Pennsylvania Life Company, et al. | Delaware Steel | 74-156 | 2/13/75 | 75-699-R | 3/30/77 | " " |
| C-1 | Morris Stark, et ux v. Pennsylvania Life Co., et al. | C.D. Cal RJK | CV74-2623 | NT | | 6/24/75 | SCO 10/17/74 |
| XYZ-1 | Thomas Garity, etc. v. Pennsylvania Life Co., et al. | C.D.CAL Real | CV75-3253 | | | 11/13/78 | |
| XYZ-2 | Morris Stark, et ux v. Pennsylvania Life Co., et al. | C.D.Cal Real | CV 75-3089 | | | 3/6/81 D | |
| XYZ-3 ✓ | Walter J. Bellomo v. Pennsylvania Life Co., et al. | CD CAL Real | CV76-390-R | | | 7/12/79 | |
| XYZ-4 | Meyer Rich v. Pennsylvania Life Co., et al. ~~duplicate see B-1~~ | C.D.Cal. | CV74-2212-AAH | | | | |
| XYZ-5 | Morris Stark etc. v. Pennsylvania Life Co., et al. ~~duplicate see C-1~~ | C.D.Cal. | CV74-2623-AAH | | | | |

CERTIFIED CORRECT
JULY 1976

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| D-1 | David J. Levitt, et al. v. Pennsylvania Life Co., et al. | E.D.Pa. Becker | 77-142 | 8/31/77 | 77-3435-R | 10/25/79 | SCO 3/2/77 |
| D-2 | Joseph F. Darpel, et al. v. Pennsylvania Life Ins. Co., et al. | E.D.Mo. Meredith | 77-116C(1) | 5/5/77 | 77-1797-R | 11/27/79 | Motion 2/24/77 |

*[handwritten annotations below table, partially illegible]*

Certified cases
July 1977                    8  Tr
                             6  XYZ
                            14
                            (5) Dis
                             9  Pdg.

July 1979  9 Tr / 6 XYZ / 8 dis / 2 Pdg
July 1980  9 Tr / 6 XYZ / 13 dis / 2 Pdg.

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 183 -- IN RE PENNSYLVANIA LIFE COMPANY SECURITIES LITIGATION

---

LIAISON COUNSEL FOR PLAINTIFFS
Michael Balaban, Esquire
Balaban, Berman, Selan &
  Schaeffer
8920 Wilshire Boulevard
Beverly Hills, California  90211

LEAD COUNSEL FOR PLAINTIFFS
Tobias Clinger, Esquire
Klinger & Leevan
3345 Wilshire Boulevard
Los Angeles, California  90010

DAVID J. LEVITT, ET AL. (D-1)
Richard D. Greenfield, Esquire
17 St. Asaphs Road
Bala-Cynwyd, Penna. 19004

Leonard Barrack, Esquire
Barrack, Rodos and McMahon
2000 Market Street
Philadelphia, Penna.  19103

JOSEPH F. DARPEL, ET AL. (D-2)
Paul J. Simon, Esquire
2255 Gravois
St. Louis, Missouri  63104

LIAISON COUNSEL FOR DEFENDANTS
Terry Christensen, Esquire
Wyman, Bautzer, Rothman &
  Kuchel
Two Century Place
14th Floor
2049 Century Park East
Los Angeles, California  90067

PENNSYLVANIA LIFE CO. (Deft. D-1)
Jeffrey A. Less, Esq.
Dilworth, paxson, Kalish
  & Levy
2600 The Fidelity Bldg.
123 S. Broad St.
Philadelphia, Pa.  19109

COOPERS & LYBRAND (Deft. D-1)
Matthew J. Broderick, Esq.
Dechert, Price and Rhoads
3400 Centre Square West
1500 Market St.
Philadelphia, Penna.  19102

PENNSYLVANIA LIFE CO. (Deft D-2)
Gibson, Dunn & Crutcher
515 South Flower St.
Los Angeles, Calif.  90071

PENNSYLVANIA LIFE INS. CO. (Deft. D-2)
Richard J. Sheehan, Esquire
Susman, Stern, Heifetz, Lurie
  & Sheehan
7733 Forsyth Suite 2201
St. Louis, Missouri  63105

GLENNWOOD SECURITIES CO., PENN
FUNDING, INC., COOPERS & LYBRAND,
JOE D. BAIN, STANLEY BEYER, BURTON
BORMAN, DANIEL J. DISIPIO
G. PHILLIP STREATFIELD (Defts. D-2)
Terry Christensen, Esq.
(Liaison Counsel for Defendants)

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. _____

DOCKET NO. _____ -- _____

---

PHILIP L. AXT, ET AL. (A-1)
Arnold B. Elkind, Esquire
122 East 42nd Street
New York, New York  10017

LEONARD KAUFER (A-4)
WALTER J. BELLOMO (XYZ-3)
   (Elkin same as A-1)

PENNSYLVANIA LIFE CO. (A-6)
David M. McCann, Esquire
Carpenter, Bennett & Morrissey
744 Broad Street
Newark, New Jersey  07102

MICHAEL C. FIELDS (A-8)
David B. Flinn, Esquire
Cerf, Robinson & Leland
220 Montgomery St., Suite 570
San Francisco, CA  94104

SMITH, BARNEY & CO., INC.
Davis, Polk & Wardwell
One Chase Manhattan Plaza
New York, New York  10005

Stanley M. Williams, Esquire
Agnew, Miller & Carlson
700 South Flower St., 17th Floor
Los Angeles, Calif.  90017

COOPERS & LYBRAND
William H. Legit, Jr., Esquire
Hughes, Hubbard & Reed
515 South Flower St., Ste. 2908
Los Angeles, Calif.  90017

---

PENNSYLVANIA LIFE CO.
PENNSYLVANIA LIFE INSURANCE COMPANY
Theodore B. Olson, Esquire
Gibson, Dunn & Cruther
515 South Flower Stree
Suite 2908
Los Angeles, Calif.  90017

STANLEY GOLDBLUM
Thomas R. Sheridan, Esquire
Simon, Sheridan, Murphy,
   Thornton & Hinerfeld
2404 Wilshire Boulevard, Suite 400
Los Angeles, Calif.  90057

---

BENESCH, FRIEDLANDER, MENDELSON
   & COPLAN
ROBERT C. COPLAN
Morris Pfaelzer, Esquire
Kadison, Pfaelzer, Woodward,
   Quinn & Rossi
611 West Sixth St., 23rd Fl.
Los Angeles, Calif.  90017

INTERNATIONAL EQUITIES, LTD., ET AL.
W. LEONARD Newman, Esquire
5918 Bergenline Avenue
West NewYork, N.J.  07093

JP Form 3

p. _____

# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 183 -- IN RE PENNSYLVANIA LIFE COMPANY SECURITIES LITIGATION

## COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| Pennsylvania Life Company | A-1; A-2; A-3; A-4; A-5; A-7; A-8; B-1; B-2; C-1; D-1; D-2 |
| Smith, Barney & Co., Inc. | A-1; A-3; A-4 |
| Lybrand, Ross Brothers & Montgomery (now Coopers & Lybrand) | A-1; A-3; A-4; A-8; C-1; D-1; D-2 |
| Joe D. Bain | A-1; A-2; A-3; A-4; A-5; A-8; B-1; B-2; C-1; D-2 |
| Stanley Beyer | A-1; A-2; A-3; A-4; A-5; A-8; B-1; B-2; C-1; D-2 |
| Burton Borman | A-1; A-2; A-3; A-4; A-5; A-8; B-1; B-2; C-1; D-2 |
| Stanley Goldblum | A-1 |
| Pennsylvania Life Insurance Co. | A-2 (NS); A-4; A-5; B-2; D-2 |
| Jarvis Farley | A-5 (NS); A-8 (NS); A-8; B-1 |
| Edward R. Noyes, Jr. | A-2 (NS); A-5 (NS); A-8; B-1 |

| Name | Codes |
|---|---|
| Donald R. Hodder | A-2; A-5; A-8; B-1 |
| Alfred Schaeffer | A-2; A-5; A-8; B-1 |
| Charles F. Harvey | ~~A-5, A-8~~ |
| Harry M. Bardt | A-2; A-5; A-8; B-1 |
| Robert C. Coplan | A-2(NS); A-4, A-5; A-8; B-1 |
| M. Colyn Crum | A-2(NS); ~~A-5~~; A-8; B-1 |
| Daniel J. DiSipio | A-3, A-4; A-8; B-1; B-2; C-1; D-2 |
| G. Phillip Steatfield | A-3; A-4; B-1; B-2; C-1; D-2 |
| Glenwood Securities, Inc. | A-4; D-2 |
| Benesch, Friedlander, Mendelson & Coplan | A-4 |
| Burton Davis | A-6 |

JP Form 3

p. 3

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 183 -- IN RE PENNSYLVANIA LIFE COMPANY SECURITIES LITIGATION

dc

### COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| Jack Birnberg | P-6 |
| International Equities, Ltd. | A-6 |
| ~~Penn General Agencies, Inc.~~ (denied) | A-7 |
| George N. Aronoff | A-8; B-1 |
| Joseph E. Sargis | A-8; B-1 |
| Charney Borin | A-8; B-1 |
| Robert M. Shafton | A-8; B-1 |
| Pennsylvania Securities Co. | C-1 |
| Penn Funding Inc | D-2 |
| | |